| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:42 - 3:43 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:06cr143-MEF | **DEFENDANT(S)** Ronnie Culberson |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Tommie Hardwick | * | Jennifer Hart |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   Likely plea
   **Plea notice to be filed on or before noon** September 6, 2006

☐ **TRIAL STATUS**
   Trial - 1 day

☐ **REMARKS:**