**COURTROOM DEPUTY'S MINUTES**                    **DATE: August 21, 2006**

**MIDDLE DISTRICT OF ALABAMA**                    **Digital Recording: 3:51 - 3:52**

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER:  3:06cr143-MEF**          **DEFENDANT(S) Ronnie  Culberson**

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Tommie Hardwick | * | Jennifer Hart |
| | * | |
| | * | |
| | * | |

❐ **DISCOVERY STATUS:**
   **Complete**

❐ **PENDING MOTION STATUS:**

❐ **PLEA STATUS:**
   **Will plea**
   **Notice of intent to change plea to be  filed on or before noon on September 6, 2006**

❐ **TRIAL STATUS**
   **Trial time - 1 day**

❐ **REMARKS:**