| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** August 29, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:15 - 9:30 |
| | **COURT REPORTER:** Mitchell Reisner |

☐ **ARRAIGNMENT**       √ **CHANGE OF PLEA**       ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**       ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:06cr143-MEF       **DEFENDANT NAME:** Ronnie Culberson
**AUSA:** Tommie Hardwick       **DEFENDANT ATTORNEY:** Jennifer Hart

Type counsel ( )Waived; ( )Retained; ( )CJA; ( √ )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Doug Mathis

Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**       ☐ Not Guilty
             √ Guilty as to:
                 √ Count(s): 1 of the Indictment
                 ☐ Count(s):       ☐ dismissed on oral motion of USA
                                   ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

√ **ORDER:** Defendant continued under √ same bond;   ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
                     ☐ Defendant requests time to secure new counsel