IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   3:06cr143-MEF |
| | ) | |
| RONNIE CULBERSON | ) | |

**UNITED STATES' MOTION FOR REDUCTION
FOR ACCEPTANCE OF RESPONSIBILITY**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one

(1) level Defendant's offense level based on Defendant's acceptance of responsibility.  As

grounds for this Motion, the United States avers as follows:

1.    On June 14, 2006, an Indictment was filed against the Defendant.

2.    The Defendant notified the United States of Defendant's intent to plead guilty in

sufficient time to qualify for an additional one point offense level reduction.  The

Defendant pled guilty to the Indictment on August 29, 2006.

3.    Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as

amended, the United States makes this formal motion for a one-level reduction in

Defendant's offense level for acceptance of responsibility such that the total

reduction in offense level for Defendant's acceptance of responsibility shall be

three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 20th day of November, 2006.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                                /s/Tommie Brown Hardwick
                                TOMMIE BROWN HARDWICK
                                One Court Square, Suite 201
                                Montgomery, AL 36104
                                Phone: (334) 223-7280
                                Fax: (334) 223-7135
                                E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )
v.                          )    CR. NO.  3:06cr143-MEF
                            )
RONNIE CULBERSON            )

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2006, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jennifer Hart, Esquire.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov