# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

HON. MARK E. FULLER, PRESIDING         AT MONTGOMERY, AL

DATE COMMENCED:   11-21-06            AT: 12:40 p.m.
DATE COMPLETED:   11-21-06            AT: 1:20 p.m.

UNITED STATES OF AMERICA         §
                                 §
vs.                              §   CR. NO. 3:06CR143-MEF
                                 §
RONNIE CULBERSON                 §

_____
      GOVERNMENT         APPEARANCES:          DEFENDANT
Tommie B. Hardwick                             Jennifer A. Hart

_____
                   COURT OFFICIALS PRESENT:
Jimmy Dickens, Court Reporter          Terrence N. Marshall, USPO
Josh Shapiro, Law Clerk
Kelli Gregg, Courtroom Clerk
_____
                   COURTROOM PROCEEDINGS:

( X )  **Sentencing**

    12:40 p.m. -   Court convenes.
                   Defense counsel objects to paragraph 14 of the pre-sentence report.
                   Court overrules objection to paragraph 14 of the pre-sentence report.
                   Court will GRANT Government's Motion for Downward Departure for
                   Acceptance of Responsibility, (Doc. #23).
                   Court sentences defendant and advises him of his right to an appeal.
                   Defendant may self surrender on or before 2:00 p.m. February 20, 2007.
                   Government asks that the forfeiture allegation be incorporated in the
                   judgment in this case.
                   Court will incorporate forfeiture allegation within the judgment of this
                   case.
    1:20 p.m. -    Court is in recess.