| GOVERNMENTS EXHIBITS | UNITED STATES OF AMERICA |
|---|---|
| | vs |
| CR NO. 3:06CR143-MEF | RONNIE CULBERSON |
| SENTENCING 11/21/06 | PRESIDING JUDGE: MARK E. FULLER |
| exhibits with court file in separate binder | Court Reporter: Jimmy Dickens |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| YES | 11/21/2006 | 11/21/2006 | 1 | | | Picture of Coat |
| YES | 11/21/2006 | 11/21/2006 | 2 | | X | Picture of Gun |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |