IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-143-MEF |
| | ) | |
| RONNIE CULBERSON | ) | |

## **O R D E R**

This cause is presently before the Court on the United States's Motion to Add Publication Dates to Record (Doc. # 25) filed on November 29, 2006. The United States seeks to have this Court "enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on November 23, 30 and December 7, 2006, regarding the subject forfeiture action." This motion was filed on November 29 and the Court is unwilling to take judicial notice of events that have not yet occurred. It is hereby ORDERED that the Motion to Add Publication Dates to Record (Doc. # 25) is DENIED.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE