IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr143-MEF |
| | ) | |
| RONNIE CULBERSON | ) | |

RENEWED MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

On November 29, 2006, the United States filed its Motion to Add Publication Dates to Record, reflecting publication of the Notice of Criminal Forfeiture in the Montgomery Independent newspaper on November 23, 30 and December 7, 2006;

On December 8, 2006, this Court denied the United States' motion to enter the publication dates because the judicial notice of events had not yet occurred. The notice has now occurred and the United States respectfully requests the Court to enter into the record the attached legal notice.

Respectfully submitted this 13th day of December, 2006.

```
                    FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY


                            /s/John T. Harmon
                            John T. Harmon
                            Assistant United States Attorney
                            Bar Number: 7068-II58J
                            Office of the United States Attorney
                            Middle District of Alabama
                            One Court Square, Suite 201 (36104)
                            Post Office Box 197
                            Montgomery, Alabama 36101-0197
                            Telephone:(334) 223-7280
                            Facsimile:(334) 223-7560
```

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2006, I electronically filed the foregoing Renewed Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Brown Hardwick** and **Jennifer A. Hart**.

```
                            Respectfully submitted,


                            /s/John T. Harmon
                            John T. Harmon
                            Assistant United States Attorney
```