IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-143-MEF |
| | ) | |
| RONNIE CULBERSON | ) | |

## **O R D E R**

Upon consideration of the government's Renewed Motion to Add Publication Dates to Record (Doc. #29) filed on December 13, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 15th day of December, 2006.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE